| | |
|---|---|
| 1 | **MARK W. COLEMAN #117306** |
| | **NUTTALL & COLEMAN** |
| 2 | 2445 CAPITOL STREET, SUITE 150 |
| | FRESNO, CA 93721 |
| 3 | PHONE (559) 233-2900 |
| | FAX (559) 485-3852 |
| 4 | |
| 5 | ATTORNEYS FOR Defendant, |
| | FELLIE MARTIN BRADFORD |
| 6 | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00394-LJO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| FELLIE MARTIN BRADFORD | **AND** |
| Defendant. | **O R D E R** |

TO: THE UNITED STATES DISTRICT COURT AND TO THE UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 27, 2012, at 8:30 a.m., be continued to September 24, 2012, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

    Informal Objections to be served on or before September 3, 2012.

    Formal Objections to be filed on or before September 17, 2012.

This continuance is requested by counsel for Defendant, FELLIE MARTIN BRADFORD, due to the fact that counsel needs additional time prepare informal objections to the probation report.

Specifically, counsel for Defendant was out of the office from July 24, 2012 through August 3, 2012, and was unable to meet with Defendant prior to August 6, 2012, the date the informal objections are due.

Counsel for Defendant has spoken with Assistant U. S. Attorney, ELANA LANDAU, who has no objection to this continuance.

Dated: August 6, 2012          Respectfully Submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant,
FELLIE MARTIN BRADFORD

Dated: August 6, 2012.          UNITED STATES ATTORNEY'S OFFICE

/s/ ELANA LANDAU

ELANA LANDAU
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED.

**Dated:    August 6, 2012**          **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE